UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC; and ELDORADO STONE OPERATIONS, LLC,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RENAISSANCE STONE, INC; ALFONSO ALVAREZ; JOSE GALVEZ MARTINEZ; JOSEPH SMITH; ROB HABER; and ORCO CONSTRUCTION SUPPLY,<br><br>　　　　　　　　　　　　　Defendants.<br>And related counterclaims. | Civil No.　04cv2562-JM (CAB)<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

On September 8, 2006, the Court held a discovery conference. Andrea Kimball, Esq., and Michelle Herrera, Esq., appeared in chambers for Plaintiff Eldorado Stone. Dylan Wiseman, Esq., appeared telephonically for Defendant Orco Construction Supply ("Orco"). Mitch Danzig, Esq., appeared telephonically for the Renaissance Stone Defendants. Before the Court were Defendant Orco's Motion to Compel Further Responses to Interrogatories and Plaintiff Eldorado Stone's Motion to Compel Further Responses to Requests for Admission and Interrogatories and for Document Production. After reviewing the parties' submissions and the arguments of counsel, IT IS HEREBY ORDERED:

　　　1.　　Defendant Orco's Motion to Compel Further Responses to Interrogatories is DENIED.

　　　2.　　Plaintiff Eldorado Stone's Motion to Compel Further Responses to Interrogatories is DENIED without prejudice, and the parties are ordered to meet and confer.

3. Plaintiff Eldorado Stone's Motion to Compel Further Responses to Requests for Admissions is GRANTED in part and DENIED in part:

   a. Defendant Orco will respond to Request for Admission No. 1 restated, "Admit that Rob Hager was an employee of Orco throughout calendar year 2004."

   b. The motion is DENIED as to Requests for Admission Nos. 3, 4, 5 and 6.

4. Plaintiff Eldorado Stone's Motion to Compel Production of Documents is GRANTED in part and DENIED in part:

   a. Defendant Orco will supplement its response to Requests Nos. 41, 42, 45, 46, 47, 48, 51, 52, 57, 59 and 60 by producing "transactional history" described in footnote 2 of Orco's opposition.  The motion to compel is otherwise DENIED without prejudice as to these requests.

   b. Defendant Orco will supplement its response to Requests Nos. 49 and 50 by providing any requested non-privileged meeting minutes that refer to Alfonso Alvarez, Eldorado Stone, Renaissance Stone, Joe Smith, Rob Hager, Mike Sportelli, Bob Berguin or this litigation.

   c. The motion is DENIED as to Request No. 44.

All supplemental responses are due no later then **September 15, 2006**.

DATED: September 11, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

cc: The Honorable Jeffrey T. Miller
    All parties