UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC; and ELDORADO STONE OPERATIONS, LLC,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RENAISSANCE STONE, INC; ALFONSO ALVAREZ; JOSE GALVEZ MARTINEZ; JOSEPH SMITH; ROB HABER; and ORCO CONSTRUCTION SUPPLY,<br><br>　　　　　　　　　　　　Defendants. | Civil No.   04cv2562-JM (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |
| And related counterclaims. | |

On October 4, 2006, Plaintiff filed a Notice of Settlement, indicating that settlement has been reached as to Defendant Orco Construction Supply ("Orco"). Accordingly, IT IS HEREBY ORDERED:

　　1.　A Stipulation for Dismissal as to Defendant Orco shall be submitted to the Honorable Jeffrey T. Miller on or before **November 27, 2006**. A courtesy copy shall be delivered to the chambers of the Honorable Cathy Ann Bencivengo.

　　2.　If a Stipulation for Dismissal is not submitted on or before November 27, 2006, then a Settlement Disposition Conference shall be held on **November 28, 2006**, at **1:30 p.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiff shall initiate and coordinate the conference

1 | call.

2 | 3. If a Stipulation for Dismissal is received on or before November 27, 2006, the
3 | Settlement Disposition Conference shall be VACATED without further court order.

DATED: October 6, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge