UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC; and ELDORADO STONE OPERATIONS, LLC,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>RENAISSANCE STONE, INC; ALFONSO ALVAREZ; JOSE GALVEZ MARTINEZ; JOSEPH SMITH; ROB HABER; and ORCO CONSTRUCTION SUPPLY,<br><br>　　　　　　　　　　　　　　Defendants.<br>And related counterclaims. | Civil No.   04cv2562-JM (CAB)<br><br>**ORDER GRANTING DEFENDANT ORCO CONSTRUCTION SUPPLY'S MOTION FOR APPROVAL OF SETTLEMENT AND DETERMINATION OF GOOD FAITH SETTLEMENT**<br><br>[Doc. No. 222] |

　　　Having considered Defendant ORCO CONSTRUCTION SUPPLY'S ("ORCO") Motion for Approval of Settlement and Determination of Good Faith Settlement, ORCO's Motion is GRANTED.

　　　**IT IS SO ORDERED.**

DATED: January 5, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge