**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELDORADO STONE, LLC; ELDORADO STONE OPERATIONS, LLC,<br><br>          Plaintiffs,<br><br> vs.<br><br>RENAISSANCE STONE, INC; ALFONSO ALVAREZ; JOSE GALVEZ MARTINEZ; JOSEPH SMITH; ROB HAGER; and ORCO CONSTRUCTION SUPPLY,<br><br>          Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS | CASE NO. 04-CV-02562- JM(CAB)<br><br>ORDER GRANTING APPLICATION TO PLACE DOCUMENT UNDER SEAL |

   For good cause shown, the court grants the motion of Quinn Emanuel Urquhart Oliver & Hedges, LLP ("Quinn Emanuel") to place documents in support of its motion to withdraw as counsel of record under seal. The Clerk of Court is instructed to place the ex parte application and supporting documents under seal.

   **IT IS SO ORDERED.**

DATED: February 21, 2007

                    _____
                    Hon. Jeffrey T. Miller
                    United States District Judge

cc: All Parties