ORIGINAL

FILED

07 JUN 12 AM 10:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: __ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RENAISSANCE STONE, INC., an Arizona limited liability partnership; ALFONSO ALVAREZ, an individual; JOSE GALVEZ MARTINEZ, an individual; JOSEPH SMITH, an individual; ROB HAGER, an individual; ORCO CONSTRUCTION SUPPLY, a California corporation,<br><br>Defendants. | Case No. 04-CV-2562 JM(CAB)<br><br>[PROPOSED] STIPULATED PROTECTIVE ORDER RE PLAINTIFFS' TRADE SECRETS DISCLOSED AT TRIAL<br><br>[Denied] |
| RENAISSANCE STONE, INC., an Arizona limited liability partnership; ALFONSO ALVAREZ, an individual<br><br>Counter-Claimants,<br><br>v.<br><br>ELDORADO STONE, LLC, a Delaware limited liability company; ELDORADO STONE OPERATIONS, LLC, a Utah limited liability company<br><br>Counter-Defendants. | |

Case No. 04-CV-2562 JM(CAB)

1  Plaintiffs Eldorado Stone, LLC and Eldorado Stone Operations, LLC (collectively,
2  "Eldorado Stone") and Defendants Renaissance Stone, Inc., Alfonso Alvarez, Joseph
3  Smith and Rob Hager (collectively, "Defendants"), hereby stipulate and agree, by and
4  through their respective counsel, as follows:
5  WHEREAS, trial in this matter commenced on March 12, 2007, with the liability
6  phase concluding on March 29, 2007;
7  WHEREAS, among other allegations, Eldorado Stone contended that Defendants
8  misappropriated one or more trade secrets owned by Eldorado Stone;
9  WHEREAS, during the course of the trial, confidential and proprietary information
10 regarding Eldorado Stone's trade secrets and sensitive financial information was disclosed
11 through witness testimony and in exhibits admitted into evidence;
12 WHEREAS, on the first day of trial the Court ruled that in accordance with
13 California Civil Code section 3426.5 the trial record and all exhibits would be sealed until
14 further order.
15 WHEREAS, on March 29, 2007, the jury issued a special verdict finding that
16 Defendants misappropriated trade secrets owned by Eldorado Stone; and
17 WHEREAS, on April 10, 2007, the Court requested the parties specify the
18 information disclosed at trial that would be permanently sealed. The Court further ordered
19 that the prior order sealing the trial record and exhibits be effective until April 30, 2007, or
20 until further order of the Court;
21 IT IS HEREBY STIPULATED, in accordance with California Civil Code
22 section 3426.5, as follows:
23 1. The following exhibits admitted into evidence at trial in this matter shall be
24 sealed so that the public does not have access to them:

| Exhibit | Description/Evidence |
|---|---|
|  | Opening and Closing slides displaying Eldorado's manufacturing process, color matrix and formulas |
| D "U" | Alfonso Alvarez Performance Review |

| Exhibit | Description/Evidence |
|---------|----------------------|
| P303 | Elizabeth Roche's Handwritten notes |
| P110 | Eldorado Color Matrix |
| P25 | Mike Lewis' Email re Formulas |
| P371 | Bandemer Search |
| P372 | Screen Shots – Bandemer Eldorado Computer Analysis |
| P374 | Screen Shots of Alfonso Alvarez's Computer Files |
| P96 | Bob Eggerts' Notes from Investor Meeting 1/22/05 |
| P418 | Production Line Formulas |
| P434 | Base Mix Summary |
| P248 | Color Matrix – RSI |
| P423 | Face Color comparison (created by Dr. Ramon Carrasquillo) |
| P424 | Section of Exhibit 423 (excerpt) 3 pages |
| P432 | Comparison of Sunset Sequoia – Dr. Ramon Carrasquillo |
| P420 | Comparison of Cascade and Pacific – Dr. Ramon Carrasquillo |
| P426 | Comparison of Ponderosa and Tahoe |
|  | Dr. Ramon Carrasquillo drawing on butcher paper (court Exhibit) |
| P365 | Dr. Ramon Carrasquillo Report |
| P367T | Summary of Renaissance sales |
| P367U | Product Sales Summary for Renaissance |
| P367V | By Customer Report Summary – Renaissance |
| P367W | Customer Backup |
| P367B | Cost Calculation for Eldorado Production |
| P367Y | Compensation to Alfonso Alvarez and Joe Smith |
| D "LG" | Renaissance Income Statement – August 31, 2005 |
| D "LD" | Renaissance Income Statement – August 31, 2006 |

| | Exhibit | Description/Evidence |
|---|---|---|
| 1 | | |
| 2 | D "LE" | Renaissance Income Statement – December 31, 2006 |
| 3 | P341 | Interrogatory Response from Alfonso Alvarez |
| 4 | P388 | Declaration of Alfonso Alvarez |
| 5 | D "G" | Bayer – StoneCraft Proposal |
| 6 | D "J" | Letter to Jaime Hidalgo from Jon King |
| 7 | D "ET" | Consumption of Davis Color in Eldorado System |
| 8 | D "N" | Eldorado SOP for Coloration |
| 9 | D "DL" | Memo to Hugh Love from Alfonso Alvarez |
| 10 | P265 | Manufacturing Sheet Spec Sheet |
| 11 | D "AI" | Invoice Polytech |
| 12 | D "FM" | List of Base Mix to Make Stone at Renaissance |
| 13 | D "FI" | (Page 2 only) – Factory schematic of production line |
| 14 | P251 | Renaissance Final Base Colors – Supporting Page |
| 15 | P248 | Renaissance Face Color Matrix |
| 16 | P216 | Color Formula for Renaissance |
| 17 | P28 | Email from Mike Lewis |
| 18 | P439 | 9/24/04 Letter from Andrea Kimball to Alfonso Alvarez |
| 19 | D "G" | Bayer Sheet |
| 20 | Court 12 | Eldorado Plant Breakdown Cost Sheets |

2. The transcripts of the following argument and testimony at trial be sealed so that the public does not have access to them:

**Argument/Testimony**

Plaintiffs' Opening Argument

Defendants Opening Argument

Direct Examination of Michael Lewis

| | |
|---|---|
| 1 | Cross-Examination of Michael Lewis |
| 2 | Redirect Examination of Michael Lewis |
| 3 | Rebuttal Examination of Michael Lewis |
| 4 | Direct Examination of Ramon Carrasquillo |
| 5 | Cross-Examination of Ramon Carrasquillo |
| 6 | Redirect Examination of Ramon Carrasquillo |
| 7 | Direct Examination of Chuck Baer |
| 8 | Cross-Examination of Chuck Baer |
| 9 | Redirect Examination of Chuck Baer |
| 10 | Direct Examination of Alfonso Alvarez |
| 11 | Cross-Examination of Alfonso Alvarez |
| 12 | Redirect Examination of Alfonso Alvarez |
| 13 | Direct Examination, Cross and Re-Direct of Charles Schneider |
| 14 | Plaintiffs' Closing Argument |
| 15 | Defendants' Closing Argument |
| 16 | Plaintiffs' Rebuttal Closing Argument |

3. The parties and counsel agree to work together and use best efforts to avoid any disclosure of the parties' trade secrets.

4. The exhibits and transcripts referenced above shall remain permanently sealed pending further order of the Court and after providing Eldorado Stone a reasonable opportunity to oppose any action that may result in the unsealing of said exhibits and transcripts.

///
///
///
///
///

1 APPROVED AS TO FORM AND AGREED UPON BY THE FOLLOWING
2 ON BEHALF OF THE PARTIES:

QUINN EMANUEL URQUHART  LUCE, FORWARD, HAMILTON &
OLIVER & HODGES, LLP  SCRIPPS LLP

_[signature]_  _[signature]_

Priva Sopori  Andrea M. Kimball
Counsel for Defendants  Counsel for Eldorado Stone, LLC

GOOD CAUSE APPEARING, AND IN ACCORDANCE WITH CALIFORNIA CIVIL CODE SECTION 3426.5, IT IS SO ORDERED.

Dated: _____, 2007

_[handwritten: Denied.]_

Honorable Jeffrey T. Miller
Judge of the United States District Court

3806641.5

_[handwritten annotations: 6/11/07 — New stipulation and order forthcoming following 6/11/07 telephonic conference with counsel (reported).]_

ORIGINAL

**PROOF OF SERVICE**

<u>ELDORADO STONE, LLC, etc. v. RENAISSANCE STONE, INC., et al.</u>

U.S.D.C. Case No. 04-CV-2562 JM (CAB)

Judge:          Jeffrey T. Miller

I, Kelly Schwartz, declare as follows:

I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 600 West Broadway, Suite 2600, San Diego, California 92101-3372. I am over the age of eighteen years, and am not a party to this action.

On June 1, 2007, I served copies of the foregoing documents described as:

[PROPOSED] STIPULATED PROTECTIVE ORDER RE PLAINTIFFS' TRADE SECRETS DISCLOSED AT TRIAL

on the interested parties in this action by

_____   **U. S. MAIL:** I placed a **copy** in a separate envelope, with postage fully prepaid, for each addressee named on the attached service list for collection and mailing on the below indicated day following the ordinary business practices at Luce, Forward, Hamilton & Scripps LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____   **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee named on the attached service list, and caused each such envelope(s) to be delivered via FedEx.

_____   **HAND DELIVERY:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and delivered it to Cal-Express for personal service.

_____   **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated on the attached service list. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

__XX__   **ELECTRONIC MAIL:** I sent a copy via electronic mail transmission to the e-mail address(es) indicated on the attached service list. Transmissions are sent as soon as possible by e-mail, in PDF format. No error was reported by my machine.

/ / /

/ / /

/ / /

Case No. 04-CV-2562 JM (CAB)

| | | |
|---|---|---|
| 1 | _____ | **(STATE):** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| 2 | | |
| 3 | **XX** | **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

Executed at San Diego, California on **June 1, 2007**.

Kelly Schwartz

## SERVICE LIST

| | |
|---|---|
| Priya Sopori, Esq.<br>**Quinn Emanuel Urquhart Oliver & Hedges, LLP**<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone No. (213) 443-3000<br>Facsimile No. (213) 443-3100<br>E-mail: priyasopori@quinnemanuel.com | *Attorneys for Defendants*<br>RENAISSANCE STONE, INC.;<br>ALFONSO ALVAREZ; JOSEPH<br>SMITH; JOSE GALVEZ MARTINEZ<br>AND ROB HAGER |

2124112.9