UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC; and ELDORADO STONE OPERATIONS, LLC,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RENAISSANCE STONE, INC; ALFONSO ALVAREZ; JOSE GALVEZ MARTINEZ; JOSEPH SMITH; ROB HABER; and ORCO CONSTRUCTION SUPPLY,<br><br>　　　　　　　　　　　Defendants.<br><br>And related counterclaims. | Civil No.   04cv2562-JM (CAB)<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO SEAL EXHIBIT "A" FILED IN SUPPORT OF MOTION FOR ATTORNEYS' AND EXPERT WITNESS FEES**<br><br>[Doc. # 361] |

　　　　Plaintiff Eldorado Stone filed an *Ex Parte* Application to Seal Exhibit "A" to the Declaration of Andrea Kimball in Support of Motion for Attorneys' Fees and Expert Witness Fees. Plaintiff's Application is **GRANTED**.  The exhibit shall be filed under seal.

　　　　**IT IS SO ORDERED.**

DATED: October 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CATHY ANN BENCIVENGO**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge