# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE LLC., et al., <br><br> Plaintiffs, <br> vs. <br> RENAISSANCE STONE, et al., <br><br> Defendants. <br> ─────────────────────────── <br> AND RELATED COUNTERCLAIMS | CASE NO. 04cv2562 JM(BEN) <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION RE: APPLICATION FOR COSTS |

On October 17, 2007 Magistrate Judge Bencivengo entered a Report and Recommendation recommending an award of costs in the amount of $90,900.23. ("R & R"). Having carefully considered Magistrate Judge Bencivengo's thorough and thoughtful R & R, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and Plaintiffs are awarded costs in the amount of $90,900.23.

**IT IS SO ORDERED.**

DATED: November 6, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties