# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELDORADO STONE, LLC, et al., | CASE NO. 04cv2562 JM(CAB) |
| Plaintiffs, | ORDER GRANTING APPLICATION TO CONTINUE HEARING DATE ON MOTION TO AMEND JUDGMENT |
| vs. | |
| RENAISSANCE STONE, INC., et al., | |
| Defendants. | |

Presently pending before the court is Plaintiffs' motion to amend the judgment, seeking to pierce the corporate veil of Renaissance Stone, LLC in order to hold certain shareholders (Scott Butler, Fallbrook Capital, Inc., and Michael Berguin) of Renaissance Stone liable for an $11,000,000 judgment entered against Renaissance Stone. The hearing date on the motion to amend the judgment is calendared for September 12, 2008. Eldorado Stone LLC opposes the continuance. Shareholder Michael Berguin, represented by different counsel, does not oppose the continuance.

Scott Butler and Fallbrook Capital, Inc. ("Movants") retained The Watkins Firm as new counsel on or about August 8, 2008. Movants request a continuance of the hearing date until October 2008. This is the second request for a continuance as the parties, on July 18, 2008, jointly stipulated to a continuance of the original hearing date from August 8, 2008 to September 12, 2008. Movants articulate that the discovery in this case has been voluminous (over 60 bankers boxes), they need to retain an expert witness to analyze and respond to Eldorado's economic expert, the issues are complex, and they need to obtain additional discovery. The court concludes that the reasons

1  articulated by Shareholders establish good cause for a continuance.  Accordingly, the court grants the
2  motion for a continuance.  The hearing date on the motion to amend the judgment is continued from
3  September 12, 2008 to November 13, 2008 at 3:30 p.m.  The court also sets the following briefing
4  schedule: all oppositions to the motion must be filed and served no later than October 20, 2008 and
5  any reply briefs no later than November 3, 2008.

6  **IT IS SO ORDERED.**

7  DATED:  August 21, 2008

8  _____
   Hon. Jeffrey T. Miller
9  United States District Judge

10  cc:         All parties